FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 0 9 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 21-789 MV |
| Plaintiff, | |
| vs. | 18 U.S.C. §§ 1153 and 1111: Second Degree Murder. |
| **ISAIAH AUGUSTINE BOB,** | |
| Defendant. | |

# INDICTMENT

The Grand Jury charges:

On or about December 4, 2020, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **ISAIAH AUGUSTINE BOB**, an Indian, unlawfully killed John Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney