BRYAN

# U.S. District Court
## Eastern District of Oklahoma (Muskogee)
## CRIMINAL DOCKET FOR CASE #: <u>6:21−mj−00287−SPS</u> All Defendants

| | |
|---|---|
| Case title: USA v. Bob | Date Filed: 06/17/2021 |

Assigned to: Magistrate Judge Steven P. Shreder

**Defendant (1)**

| | | |
|---|---|---|
| **Isaiah Augustine Bob** | represented by | **D. Michael Littlefield**<br>Littlefield Law Firm<br>224 N 4th St<br>Muskogee, OK 74401<br>918−682−1247<br>Fax: 918−682−1248<br>Email: dmlittlef@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1153 and 1111 − Second Degree Murder | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Benjamin P. Gifford**<br>US Attorney (OKED) |

520 Denison Ave
Muskogee, OK 74401
918–684–5100
Fax: 918–684–5150
Email: ben.gifford@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/17/2021 | | | ARREST on Charges Pending the District of New Mexico (Rule 5) as to Isaiah Augustine Bob (pmb, Deputy Clerk) (Entered: 06/17/2021) |
| 06/17/2021 | 1 | | RULE 5 PAPERS from the District of New Mexico as to Isaiah Augustine Bob (pmb, Deputy Clerk) (Entered: 06/17/2021) |
| 06/17/2021 | 2 | | MINUTE ORDER by Magistrate Judge Steven P. Shreder setting video conference Initial Appearance – Rule 5 for 6/22/2021 at 2:00 PM in Courtroom 4 before Magistrate Judge Steven P. Shreder as to Isaiah Augustine Bob. (pmb, Deputy Clerk) (Entered: 06/17/2021) |
| 06/22/2021 | 3 | | MINUTES of Proceedings eld before Magistrate Judge Steven P. Shreder: Initial Appearance in Rule 5 Proceedings held on 6/22/2021 as to Isaiah Augustine Bob. Defendant remanded to custody of USMS. (pmb, Deputy Clerk) (Entered: 06/22/2021) |
| 06/22/2021 | 4 | | ORAL MOTION for Appointment of Counsel by Isaiah Augustine Bob. (pmb, Deputy Clerk) (Entered: 06/22/2021) |
| 06/22/2021 | 5 | | ORDER APPOINTING COUNSEL by Magistrate Judge Steven P. Shreder granting (4) Oral Motion for Appointment of Counsel as to Isaiah Augustine Bob. (pmb, Deputy Clerk) (Entered: 06/22/2021) |
| 06/22/2021 | 6 | | ORAL MOTION for Detention by USA as to Isaiah Augustine Bob. (pmb, Deputy Clerk) (Entered: 06/22/2021) |
| 06/22/2021 | 7 | | COMMITMENT to Another District (Rule 5) by Magistrate Judge Steven P. Shreder as to Isaiah Augustine Bob. (pmb, Deputy Clerk) (Entered: 06/22/2021) |
| 06/22/2021 | 8 | | MINUTE ORDER by Magistrate Judge Steven P. Shreder finding as moot (6) Oral Motion for Detention as to Isaiah Augustine Bob. (pmb, Deputy Clerk) (Entered: 06/22/2021) |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| ISAIAH AUGUSTINE BOB | ) Case No. 21-789 MV |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ISAIAH AUGUSTINE BOB,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153 and 1111: Second Degree Murder.

Date: 06/09/2021

*Issuing officer's signature*

City and state: Albuquerque, NM

Mitchell Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

USDC Oklahoma Eastern 3

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 09 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. 21-789 MV |
| vs. ) | 18 U.S.C. §§ 1153 and 1111: Second Degree Murder. |
| ISAIAH AUGUSTINE BOB, ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

On or about December 4, 2020, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **ISAIAH AUGUSTINE BOB**, an Indian, unlawfully killed John Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | Case No.: | 21-MJ-287-SPS |
| Plaintiff, | ) | | |
| v. | ) | Date: | 06/22/2021 |
| | ) | | |
| ISAIAH AUGUSTINE BOB | ) | Time: | 2:38 p.m. – 2:54 p.m. |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

**MINUTE SHEET**
**VIDEO CONFERENCE INITIAL APPEARANCE/DETENTION HEARING**
**(Rule 5)**

U.S. Magistrate Judge Steven P. Shreder        Paige Bruce, Deputy Clerk        FTR Courtroom:   4 - Room 420

Counsel for Plaintiff:    Cameron McEwen, AUSA, (appeared via video)
Counsel for Defendant:    Mike Littlefield, Appointed (appeared via video)

☒ Fin. Afdt / oral request for counsel            Obj by Govt : ☐ yes  ☒ no   ☒ Court appointed counsel
☒ Defendant appeared via video: ☒ with Counsel; ☐ Counsel waived; ☐ w/o Counsel;
☐ Interpreter _____ ; ☐ sworn
☒ Defendant acknowledged receipt of copy of  _Warrant / Indictment_  from District of New Mexico
   (Case No. 21-CR-789-MV)
☒ Court advised defendant of constitutional rights under Rule 5.
☒ Court advised defendant of constitutional rights under Rule 20.

☒ Defendant orally waived Identity Hearing        ☒ Waiver accepted by Court
☐ Defendant waived Preliminary Hearing
☐ Defendant requested Preliminary Hearing
   ☐ Preliminary Hearing set _____
☒ Defendant waived preliminary hearing in this district and requested to be allowed to proceed to prosecuting district
    for further proceedings

☐ Parties have reviewed Pretrial Services Report regarding detention        Obj  ☐ yes  ☐ no -  ☐ by _____

☒ Government orally moved for Detention
☐ Defendant reserved issue of detention at this time
☐ Defendant agreed issue of bond is moot
☐ Defendant requested Detention Hearing proceed:
   ☐ Detention Hearing set _____
☒ Defendant waived detention hearing in this district and requested to be allowed to proceed to prosecuting district
    for further proceedings

☒ Defendant remanded to custody of U.S. Marshal for transport to District of New Mexico.

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings.    PB



# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America<br>v.<br><br>ISAIAH AUGUSTINE BOB<br>*Defendant* | )<br>)<br>)<br>) Case No. 21-MJ-287-SPS<br>)<br>)<br>) |

## ORDER APPOINTING COUNSEL

On 06/22/2021 the above named having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds that the affiant is financially unable to obtain counsel. In accordance with the Eastern District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984,

**IT IS HEREBY ORDERED** that the:

☐ Federal Public Defender is appointed to represent the above-named defendant in all further proceedings unless and until relieved by order of the court.

☒ Federal Public Defender shall forthwith furnish the name(s) of a private attorney or attorneys, as necessary, for appointment to represent the above-named defendant in all further proceedings unless and until relieved by order of the Court.

☐ The Court finds that the defendant has the financial ability to make regular periodic payments to reimburse the government for the reasonable costs of providing representation for the defendant. The Court hereby ORDERS that the defendant pay to the Clerk of the Court, 101 North Fifth Street, Room 210, Muskogee, Oklahoma, $_____ per month, on or before the 15th day of each month, continuing until the government has been fully reimbursed for all reasonable costs of providing representation to the defendant or until further order of the Court.

☐ Federal Public Defender is temporarily appointed to represent the above-named defendant for purposes of initial appearance only.

Dated: June 22, 2021.

_____
STEVEN P. SHREDER
U.S. MAGISTRATE JUDGE

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA



**FILED**
JUN 22 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 21-MJ-287-SPS |
| | ) |
| | ) Charging District's Case No. |
| ISAIAH AUGUSTINE BOB | ) 21-CR-789-MV |
| *Defendant* | ) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of <u>District of New Mexico</u>

The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 06/22/2021

_____
*Judge's signature*

STEVEN P. SHREDER, U.S. Magistrate Judge
*Printed name and title*

USDC Oklahoma Eastern 7