# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **GREGORY J. FOURATT**

CRIMINAL CLERK'S MINUTES at Las Cruces
**(VIA ZOOM VIDEOCONFERENCE)**

| Case Number: | **CR 21-789 MV** | Date: | **7/27/2021** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **C. ALVAREZ** | Type of Hearing: | | **INITIAL APPEARANCE** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **ISAIAH AUGUSTINE BOB** | **DREW WARNER, AFPD STANDING IN** | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **RYAN ELLISON** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Pretrial Officer: | **BRENDA RICHARDSON** | Court in Session: | **9:28-9:34 A.M. (6 min)** | |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, DOB |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of show cause hearing; Matter referred to the District Judge for a Disposition Hearing |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |
| ☒ | Arraignment/Detention hearing to be set 7/30/21 @ 9:00 a.m. |
| ☒ | Defendant in custody |
| ☐ | Defendant remains on conditions of release |
| ☐ | Other: |